# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 18, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138577(113)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ALEXANDER ACEVAL,
     Defendant-Appellant.

_____

SC: 138577
COA: 279017
Wayne CC: 05-003228-01

     On order of the Chief Justice, the motion for extension to August 9, 2010 of the time for filing the supplemental brief of plaintiff-appellee is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 18, 2010

_____
Clerk